No. 855. GOODMAN LUMBER CO. *v.* UNITED STATES ET AL. Jurisdictional statement distributed April 10, 1937. Decided June 1, 1937. *Per Curiam:* The judgment is affirmed. *United States* v. *American Sheet & Tin Plate Co., ante,* p. 402. *Mr. John S. Burchmore* for appellant. *Messrs. Daniel W. Knowlton* and *Nelson Thomas* for appellees.

No. 856. A. O. SMITH CORP. *v.* UNITED STATES ET AL. Jurisdictional statement distributed April 10, 1937. Decided June 1, 1937. *Per Curiam:* The judgment is affirmed. *United States* v. *American Sheet & Tin Plate Co., ante,* p. 402. *Mr. John S. Burchmore* for appellant. *Messrs. Daniel W. Knowlton* and *Nelson Thomas* for appellees.

No. 804. RAILROAD COMMISSION OF CALIFORNIA ET AL. *v.* PACIFIC GAS & ELECTRIC CO. Jurisdictional statement distributed March 20, 1937. Decided June 1, 1937. *Per Curiam:* The decree is affirmed by an equally divided Court. MR. JUSTICE SUTHERLAND took no part in the consideration or decision of this case. *Mr. Ira H. Rowell* for appellants. *Messrs. Warren Olney, Jr., Allan P. Matthew,* and *Robert L. Lipman* for appellee.